1    DANIEL J. BRODERICK, Bar# 89424
     Federal Defender
2    MATTHEW C. BOCKMON, Bar# 151566
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone (916) 498-5700

5    Attorney for Defendant
     LEODEGARIO GOMEZ JUAREZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    CR. S-10-387 FCD
                                      )
12               Plaintiff,           )    STIPULATION AND ORDER TO
                                      )    CONTINUE STATUS  HEARING AND TO
13        v.                          )    EXCLUDE TIME PURSUANT TO THE
                                      )    SPEEDY TRIAL ACT
14   LEODEGARIO GOMEZ JUAREZ,         )
     JOSE IVAN SOLORIO,               )    DATE:    February 3, 2011
15   RODOLFO OCHOA ABURTO, and        )    TIME:    10:00 a.m.
     ALBARO OCHOA ABURTO,             )    JUDGE:   Kimberly J. Mueller
16                                    )
                 Defendants.          )
17   _____)

18

19        It is hereby stipulated and agreed to between the United States of America through Daniel McConkie,

20   Assistant U.S. Attorney, and defendants, LEODEGARIO GOMEZ JUAREZ by and through his counsel,

21   Matthew C. Bockmon, Assistant Federal Defender, JOSE IVAN SOLORIO by and through his counsel,

22   Dan Frank Koukol, RODOLFO OCHOA ABURTO by and through his counsel, Clemente M. Jimenez,

23   and ALBARO OCHOA ABURTO by and through his counsel, Carl Edward Larson, that the status

24   conference set for Monday, January 10, 2011, be continued to **Thursday, February 3, 2011, at 10:00**

25   **a.m.**, before the Honorable Kimberly J. Mueller.

          The reason for this continuance is to allow defense counsel additional time to review discovery with

26   the defendants, to examine possible defenses, and to continue investigating the facts of the case.

27        It is further stipulated that the time period from the date of this stipulation, January 6, 2011, through

28

1    and including the date of the new status conference hearing, February 3, 2011, shall be excluded from

2    computation of time within which the trial of this matter must be commenced under the Speedy Trial Act,

3    pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel

4    to prepare].

5    DATED: January 6, 2011                    Respectfully submitted,

6                                              DANIEL J. BRODERICK
                                               Federal Defender
7
                                                /s/ Matthew C. Bockmon
8                                              MATTHEW C. BOCKMON
                                               Assistant Federal Defender
9                                              Attorney for Defendant
                                               LEODEGARIO GOMEZ JUAREZ
10
     DATED: January 6, 2011                     /s/ Matthew C. Bockmon for
11                                             DAN FRANK KOUKOL
                                               Attorney for Defendant
12                                             JOSE IVAN SOLORIO

13   DATED: January 6, 2011                     /s/ Matthew C. Bockmon for
                                               CLEMENTE M. JIMENEZ
14                                             Attorney for Defendant
                                               RODOLFO OCHOA ABURTO
15
     DATED: January 6, 2011                     /s/ Matthew C. Bockmon for
16                                             CARL EDWARD LARSON
                                               Attorney for Defendant
17                                             ALBARO OCHOA ABURTO

18   DATED: January 6, 2011                    BENJAMIN B. WAGNER
                                               United States Attorney
19
                                                /s/ Matthew C. Bockmon
20                                             DANIEL McCONKIE
                                               Assistant U.S. Attorney
21                                             Attorney for Plaintiff

22
                                    **O R D E R**
23
        **IT IS SO ORDERED.**  Time is excluded from the date of this stipulation, January 6, 2011, through
24
     and including February 3, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)
25
     [reasonable time to prepare] and Local Code T4.
26
     DATED:  January 6, 2011
27
                                               _____
28                                             FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE