DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW C. BOCKMON, Bar# 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEODEGARIO GOMEZ JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEODEGARIO GOMEZ JUAREZ,<br>JOSE IVAN SOLORIO,<br>RODOLFO OCHOA ABURTO, and<br>ALBARO OCHOA ABURTO,<br><br>  Defendants. | 2:10-cr-00387 KJM<br><br>**AMENDED**<br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>DATE:  May 19, 2011<br>TIME:  10:00 a.m.<br>JUDGE: Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, LEODEGARIO GOMEZ JUAREZ by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, JOSE IVAN SOLORIO by and through his counsel, Dan Frank Koukol, RODOLFO OCHOA ABURTO by and through his counsel, Clemente M. Jimenez, and ALBARO OCHOA ABURTO by and through his counsel, Gilbert A. Roque, that the status conference set for Thursday, May 19, 2011, be continued to **Thursday, June 16, 2011, at 10:00 a.m.**, before the Honorable Kimberly J. Mueller.

The reason for this continuance is because defense counsel needs additional time to arrange for an interpreter to review the plea offers with the clients.

It is further stipulated that the time period from the date of this stipulation, May 17, 2011, through and including the date of the new status conference hearing, June 16, 2011, shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 17, 2011         Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              */s/ Matthew C. Bockmon*
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              LEODEGARIO GOMEZ JUAREZ

DATED: May 17, 2011         */s/ Matthew C. Bockmon for*
                                              DAN FRANK KOUKOL
                                              Attorney for Defendant
                                              JOSE IVAN SOLORIO

DATED: May 17, 2011         */s/ Matthew C. Bockmon for*
                                              CLEMENTE M. JIMENEZ
                                              Attorney for Defendant
                                              RODOLFO OCHOA ABURTO

DATED: May 17, 2011         */s/ Matthew C. Bockmon for*
                                              GILBERT A. ROQUE
                                              Attorney for Defendant
                                              ALBARO OCHOA ABURTO

DATED: May 17, 2011         BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Matthew C. Bockmon for*
                                              DANIEL McCONKIE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference set for May 19, 2011 is RESET for June 16, 2011 at 10:00 a.m. Time is excluded from the date of this stipulation, May 17, 2011, through and including June 16, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

2