CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
RODOLFO OCHOA ABURTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEODEGARIO GOMEZ JUAREZ, et al.,<br><br>Defendants. | Case No.: 2:10-cr-00387-KJM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME (AMENDED)<br><br>DATE:   June 16, 2011<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Daniel McConkie, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant RODOLFO ABURTO OCHOA, Matthew C. Bockmon, Counsel for Defendant LEODEGARIO GOMEZ JUAREZ, Dan Koukol, Counsel for Defendant JOSE IVAN SOLORIO, and Gilbert Roque, Counsel for Defendant ALBARO OCHOA ABURTO, that the status conference scheduled for June 16, 2011, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on July 14, 2011, at 10:00 a.m. for further status conference.

Counsel for the defense and for the government have been in ongoing negotiations and have made substantial progress toward resolution.  The parties expect to either have plea agreements on file with the court or be ready to select trial dates at the requested court date.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     June 14, 2011              /S/     Daniel S. McConkie_____
                                       DANIEL S. McCONKIE
                                       Attorney for Plaintiff


                                       /S/     Matthew C. Bockmon_____
                                       MATTHEW C. BOCKMON
                                       Attorney for Leodegario Gomez Juaraez


                                       /S/     Dan F. Koukol_____
                                       DAN F. KOUKOL
                                       Attorney for Jose Ivan Solorio


                                       /S/     Clemente M. Jiménez_____
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for Rodolfo Aburto Ochoa


                                       /S/     Gilbert A. Roque_____
                                       GILBERT A. ROQUE
                                       Attorney for Rodolfo Ochoa Aburto

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 16, 2011, at 10:00 a.m., is vacated and reset for July 14, 2011, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the status of this matter as a multi-defendant case in which all defendants are in custody, and good cause appearing, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: June 15, 2011.

_____
UNITED STATES DISTRICT JUDGE