UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0387 KJM |
| Plaintiff, | |
| v. | ORDER |
| ALBARO OCHOA ABURTO, | |
| Defendant. | |

Defendant Albaro Ochoa Aburto, proceeding pro se[1], has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 101, together with an amendment and two supplements thereto, ECF Nos. 106, 107, 109. On June 12, 2015, the court directed the government to file a response to the motion within sixty days. ECF No. 105. The government did not timely file a response. On January 25, 2016, defendant filed a motion to compel a response from the government. ECF No. 110. On February 9, 2016, the government filed a motion for extension of time to file an opposition to the motion together with a proposed opposition. ECF Nos. 111, 113. Good cause appearing, the government's motion for extension of time will be granted and the proposed opposition will be considered. Defendant's motion to compel is mooted by this order.

---

[1] On June 12, 2015, the Office of the Federal Defender filed notice that they did not recommend appointment of counsel to represent defendant on the instant motion. *See* ECF No. 104.

1

On February 29, 2016, defendant filed a motion for thirty days to file a reply to the government's opposition. That motion will be granted. Thereafter the matter will be submitted for decision.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The government's motion for extension of time to file an opposition to defendant's motion to reduce sentence, ECF No. 113, is granted. The government's opposition, ECF No. 111, will be considered.
2. Defendant's motion for extension of time to file a reply, ECF No. 115, is granted.
3. Defendant is granted thirty days from the date of this order in which to file and serve a reply to the government's opposition.
4. Defendant's motion to compel, ECF No. 110, is denied as moot.

DATED: April 24, 2016.

_____
UNITED STATES DISTRICT JUDGE